## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 26 MAL 2021

       Respondent    :

                 :   Petition for Allowance of Appeal

                 :   from the Order of the Superior Court

       v.    :

EDWARD T. ROSS,    :

       Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**. Petitioner's Application for Consolidation is **DISMISSED** as moot.